## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | DOCKET NO.: |
| | : | 3:15 CR 00038 (RNC) |
| v. | : | |
| | : | |
| MATTHEW KATKE, | : | |
| | : | |
| Defendant. | : | August 30, 2016 |

### MOTION TO EXTEND (TEMPORARILY) THE TERRITORIAL LIMITS OF BOND

The defendant, Matthew Katke, hereby moves on consent for a temporary extension of the territorial limits of his bond to permit him to travel to Mexico for a wedding from Thursday, November 10, 2016 through and including Sunday, November 13, 2016. In connection with this motion, the defendant represents as follows:

1. On March 13, 2015, this Court issued an order setting conditions of release. The order includes conditions that restrict the defendant's travel to the continental United States. In addition, pursuant to the release order, the defendant executed a non-surety bond of $250,000.

2. The defendant seeks to travel to Mexico for the weekend of Thursday, November 10, 2016 through and including Sunday, November 13, 2016 for the wedding of his long-time friend.

3. The defendant has thus far abided by all conditions of his release without incident.

4. Defense counsel has spoken with counsel for the government, Assistant United States Attorney Jonathan Francis, and the government has consented to this request. (The defendant is not subject to the supervision of the United States Probation Office.)

5. Defense counsel is currently in possession of the defendant's passport.

6. If the Court permits counsel to provide the defendant with his passport in order for him to travel to Mexico, the defendant will promptly return the passport to counsel at the conclusion of the trip.

WHEREFORE, the defendant respectfully requests that the territorial limits of his bond be temporarily extended to include travel to Mexico for a wedding from Thursday, November 10, 2016 through and including Sunday, November 13, 2016, and further requests that the Court permit the undersigned to provide the defendant with his passport for the duration of his travels.

    Respectfully requested,

By: /s/ Richard F. Albert
    Richard F. Albert
    Miriam L. Glaser
    Federal Bar No. phv07332
    Federal Bar No. phv07333
    Morvillo, Abramowitz, Grand, Iason & Anello P.C.
    565 Fifth Ave.
    New York, NY 10017
    212-856-9600
    Fax: 212-856-9494
    Email: ralbert@maglaw.com
    mglaser@maglaw.com

## **CERTIFICATION**

I hereby certify that on August 30, 2016, a copy of the foregoing motion and proposed order was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Richard F. Albert
Richard F. Albert